■ CHAUTAUQUA COUNTY SHERIFF'S EMPLOYEE'S ASSOCIATION, Respondent, v CHAUTAUQUA LOCAL 807, CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., Appellant, et al., Defendant.—Order unanimously affirmed, without costs, for reasons stated in memorandum decision at Supreme Court, Chautauqua County, NeMoyer, J. (126 Misc 2d 469; *see also, Local 50, Bakery & Confectionery Workers Union v Local 3, Bakery & Confectionery Workers Union,* 733 F2d 229). (Appeal from order of Supreme Court, Chautauqua County, NeMoyer, J.—summary judgment.) Present—Hancock, Jr., J. P., Callahan, Denman, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DUANE WALK, Appellant.—Judgment unanimously modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed to a maximum of six years with a minimum of two years, and otherwise judgment affirmed. (Appeal from judgment of Orleans County Court, Miles, J.—attempted criminal possession of weapon, first degree.) Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM DUSETT, Appellant.—Judgment unanimously affirmed *(see, People v Pisano,* 105 AD2d 1156; *see also, People v Walsh,* 108 AD2d 464). (Appeal from judgment of Wayne County Court, Stiles, J.—offering false statement for filing, first degree.) Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.